■ L.E.M. FINANCIAL INC., Appellant, v PENNY WILLIAMS CARDINALE, Also Known as PENNY WILLIAMS and Another, et al., Respondents, et al., Defendants. [51 NYS3d 476]—Appeal from an order of the Supreme Court, Cattaraugus County (Michael L. Nenno, A.J.), entered February 8, 2016. The order granted the motion of defendant JPMorgan Chase Bank, N.A. to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Whalen, P.J., Smith, Centra, Peradotto and Scudder, JJ.